FRANNY A. FORSMAN
Federal Public Defender
State Bar No. 000014
REBECCA ROSENSTEIN
Assistant Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorney for LANCE MAXWELL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:04-CR-095-PMP-PAL |
| Plaintiff, | **UNOPPOSED MOTION TO AMEND JUDGMENT** |
| vs. | |
| LANCE MAXWELL | |
| Defendant. | |

COMES NOW, Rebecca Rosenstein, Assistant Federal Public Defender, counsel for defendant LANCE MAXWELL, hereby move this Honorable Court to amend the Judgment on Revocation of Supervised Released filed on August 27, 2010. The defendant requests that an amended judgment be entered to read "The defendant admitted guilt to violation of condition(s) #1(Class C violation)." The judgment currently reads, "The defendant admitted guilt to violation of condition(s) #1(Class C Felony)."

This Motion is made for the following reasons:

1. On July 30, 2010, a Form 12C petition requesting an arrest warrant was filed listing one violation of supervised release that "defendant shall not commit another federal state or local crime."

2. The petition alleged that the defendant committed a Class C felony on or about July 24, 2010.

1

1         3.    On August 26, 2010, the Defendant admitted violation #1, however, the
parties agreed that the defendant would be admitting to committing a Class A misdemeanor, not a Class C felony, rendering the supervised release violation as a C violation not an A violation. The defendant did not admit to a Class C felony.

       The government has indicated to undersigned counsel that it will not oppose this Motion.

## CONCLUSION

The Defendant, Lance Maxwell respectfully moves this Court to issue an Order to amend the judgment entered to read, "The defendant admitted guilt to violation of condition(s) #1(Class C violation)."

DATED this 1st day of September, 2010

       Respectfully submitted,

       FRANNY A. FORSMAN
       Federal Public Defender

       */s/ Rebecca A. Rosensten*
By:_____
       REBECCA ROSENSTEIN
       Assistant Federal Public Defender
       Counsel for Lance Maxwell


SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED this 2nd day of September, 2010.

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Law Offices of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on September 1, 2010, she served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO AMEND JUDGMENT**, by electronic service (ECF) to the person named below:

> DANIEL G. BOGDEN
> United States Attorney
> CHRISTINA M. BROWN
> Assistant United States Attorney
> 333 Las Vegas Blvd. So., 5th Floor
> Las Vegas, Nevada 89101

*/s/ Blanca Lenzi, Secretary*
_____
Employee of the Federal Public Defender